IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:23CR00718 ZMB |
| SIDDHARTH JAWAHAR | ) | |
| Defendant. | ) | |

**DEFENDANT SIDDHARTH JAWAHAR'S MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Comes now Defendant, Siddharth Jawahar by and through his attorney Levell D. Littleton and hereby request a continuance of the sentencing hearing, presently set for April 21, 2026, for reasons to wit:

1. That the instant case is set for sentencing on April 21, 2026.
2. That much more time is needed, under the circumstances, to prepare for sentencing.
3. That, specifically, Defendant Jawahar, the undersigned and others are attempting to identify assets, sell said assets and obtain funds for restitution in this case.
4. That some of these assets are complex investments, not readily sold on the public market and, thus, will require more time to obtain and sell.
5. That, additionally, the confines of work from this case, coupled with additional work from other cases as well as the undersigned's regular court and trial schedule requires additional time for counsel to prepare for sentencing

6. That the undersigned makes this request to effectively investigate this case and exercise the appropriate due diligence.

7. That said request is in the interest of justice and would not unduly delay the disposition of this case.

8. That Counsel has contacted AUSA Wiseman who has no objection to this request.

WHEREFORE, Counsel prays that this Court continue this matter for forty-five days or up and until June 4, 2026; and for any other orders the court deems meet and just.

Respectfully submitted,

/s/ Levell D. Littleton

LEVELL D. LITTLETON #49158MO
Attorney for Defendant
200 So. Bemiston, Ste. 311
St. Louis, MO 63105
Telephone: (314) 651-9387
Fax: (314) 328-5278
Email: levelllittleton@cs.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent via the Court's ECF system this 13th day of March 2026 to: Assistant United States Attorney Derek Wiseman at his address of record.

/s/ Levell D. Littleton