**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **Case No. 4:23CR-00718 ZMB** |
| **vs.** | ) | |
| | ) | |
| **SIDDHARTH JAWAHAR** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT SIDDHARTH JAWAHAR

Comes now Levell D. Littleton, attorney for Defendant Siddharth Jawahar, and hereby request leave of court to withdraw as attorney for Defendant Siddharth Jawahar for reasons to wit:

1. Defendant has privately retained another attorney to represent him in this matter

Wherefore, Counsel, respectfully requests that this Court enter an Order granting him leave to withdraw as attorney for Defendant Siddharth Jawahar, and for such other and further relief that the Court deems meet and proper.

Respectfully submitted,

/s/ Levell D. Littleton
LEVELL D. LITTLETON #49158MO
Attorney for Defendant
200 So. Bemiston, Suite 311
Clayton, MO 63105
Telephone: (314) 899-9393
Fax: (314) 328-5278
Email: levelllittleton@cs.com

CERTIFICATE OF SERVICE

A copy of the foregoing was sent via the Court's ECF system this 17th day of June 2026 to the Assistant United States Attorney Wiseman at his address of record.

/s/ Levell D. Littleton