# EXHIBIT A

Caroline Tredway
1616 Olivewood Ave.
Lakewood, OH 44107

To Whom it may concern:

I am writing this letter to share our story and explain why Siddharth Jawahar ("Sid") and I are asking for permission to marry while he awaits sentencing. My decision to marry Sid is made with total clarity and conviction, and I want to share the genuine depth of our relationship and the life we have built together.

Sid and I first met back in 2021. Our relationship turned into a close friendship, we developed a real mutual admiration for each other, and it was something we both later admitted was completely obvious to each other.

Our relationship officially became romantic in February of 2023. That night, Sid voiced his interest in me and asked me out on a date for the next evening. That date turned out to be the best date of both of our lives. Because we already had such a strong foundation of trust and friendship, we fell deeply in love very quickly.

We continued to date through November 2023. Unfortunately, although he made efforts to be in Cleveland as often as he could, the distance got the better of our relationship. It did not provide the stability needed for the promise of commitment we wanted to make to each other.

When I eventually learned of Sid's arrest, I was devastated. I reached out to his attorney at the time out of concern for Sid and asked him to let me know if I could be of any support. Sid called me in October 2024, after he felt like he was in a better place mentally. I learned his attorney at the time had never told Sid that I reached out, and Sid was deeply touched and encouraged by my support. After speaking and catching up over several phone calls, I wasn't sure what the immediate future held, but I was hopeful we would still have the chance to be together. We started spending a lot more time talking, and our relationship grew steadily from there.

On Christmas Day in 2024, Sid proposed, and we got engaged.

Beyond our love for each other, Sid proved the incredible quality of his character during the most devastating time of my life. On October 15, 2025, I lost my identical twin sister, Colleen, after being her primary caregiver while she battled brain cancer. Through the overwhelming grief of losing my twin, Sid has provided me with unconditional love, support, patience, and strength when I needed it most.

Following Colleen's passing, I have been fighting for guardianship of my 7 year old niece, Franny. My commitment to my sister's wishes and my relationship with Franny are the absolute most important things in my life. From day one, Sid has fully embraced this responsibility right alongside me. He understands how central Franny is to our lives, and he shares my complete commitment to giving her a safe, happy, and loving future. Sid's family has embraced us just as deeply. His mother, Vinita, has been so supportive and even sent Franny traditional Indian dresses, which Franny absolutely adores.

We also share a deep commitment to our faith and spirituality. Although Sid did not grow up Catholic in his home environment, he actually attended a Catholic school during his upbringing. Because of this, he fully understands, accepts, and respects how important Catholicism is to me and to Franny, who also attends Catholic school. He honors our traditions, and we fully plan on having a formal Catholic church wedding surrounded by our family and loved ones shortly after his release.

I enter into this marriage with my eyes completely open to Sid's legal situation. I know that he has pleaded guilty to wire fraud and is awaiting federal sentencing, and I understand the reality of his non-citizen status. I am not naive about the challenges ahead or his impending time in a federal facility. Sid is fundamentally a good, kind man who will make a wonderful husband. The legal mistakes that bring him before the court do not define the core of who he is as a person, partner, or father figure. He has taken full accountability, and I stand by him completely.

Legitimizing our marriage before he enters a federal facility is vital for our family. Being legally married ensures that I can remain his primary support system through BOP recognized visitation, phone access, and communication privileges. It gives me the legal standing to handle our household affairs and hold healthcare power of attorney to make urgent medical decisions on his behalf if any health emergency arises while he is in custody. Most importantly, securing our legal marriage now gives our family unit stability and ensures Sid has a clear, established home to return to for Franny and me when his sentence is complete, wherever that home may be.

Our decision to marry is the natural continuation of a real, deeply rooted relationship that has survived profound loss and adversity. Thank you for your support in bringing this motion before the court.

/S/ Caroline Tredway