IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
CASE NO. 4:23CR00718-1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SIDDHARTH JAWAHAR<br>Defendant. | **MOTION FOR SEALING SENTENCING MEMORANDUM AND MOTION TO EXCEED PAGE LIMIT** |

COMES NOW Defendant Siddharth Jawahar, by and through undersigned counsel, pursuant to LRs 4.01 and 13.05, and moves this honorable Court for an order indefinitely sealing his Sentencing Memorandum and for leave to file the same in excess of the 15-page limit. *See* LR 4.01(D). Mr. Jawahar's Sentencing Memorandum is 28 pages in length.

In support thereof, and pursuant to Part VI(B) of this Court's CM/ECF Procedures Manual Mr. Jawahar has separately filed under seal a Memorandum in Support of Sealing with his Sentencing Memorandum attached thereto.

WHEREFORE, IN LIGHT OF THE ABOVE, Mr. Jawahar respectfully asks that this honorable Court grant the instant motion and grant him leave to file his sentencing memorandum under seal indefinitely and in excess of the 15-page limit.

DATED: September 1, 2026 RESPECTFULLY SUBMITTED,

LAW OFFICES OF DOUG PASSON, PC

/s/ Doug Passon
Doug Passon
AZ State Bar # 017423
10565 N. 114th St., Suite 101
Scottsdale, AZ 85259
480-448-0086
doug@dougpassonlaw.com

**Attorney for Defendant**
**SIDDHARTH JAWAHAR**

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, the foregoing MOTION FOR SEALING SENTENCING MEMORANDUM AND MOTION TO EXCEED PAGE LIMIT was filed electronically and a copy was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Doug Passon
DOUG PASSON