*United States v. Siddharth Jawahar*

No. 4:23-CR-00718-ZMB

# Exhibit A

## Report of Robin Zachary, LICSW

## (“Zachary Rpt.”)

**ROBIN ZACHARY LICSW/LCSW**
Licensed Psychiatric Social Worker
Harvard Medical School Teaching Associate
245 W. 107th #12A
New York, NY 10025

August 17, 2026

## REPORT ON SIDDHARTH JAWAHAR

Counsel for Siddharth Jawahar has requested that I conduct a psychological evaluation of Mr. Jawahar to present the psychologically significant factors throughout his development, and to examine the impact of those factors on his functioning throughout the life span to the time of the charged offenses.

## QUALIFICATIONS

I am a psychiatric clinical social worker licensed in the states of Massachusetts and New York. For over thirty years my clinical focus has been the practice of evaluating and treating trauma survivors, as well as supervising, teaching and presenting about the impact of traumatic life experiences on the individual. My career began in the outpatient department of psychiatry at Cambridge Health Alliance, a Harvard Medical School (HMS) affiliate, from 1992 to 2023 where I held a variety of leadership and teaching positions. I now hold an appointment at Harvard Medical School as part-time faculty and continue to provide supervision and consultation to clinicians of all disciplines (social work, psychology, psychiatric nursing and psychiatry) who are either on staff or completing their training in the department. CHA has been my institutional

home since the completion of my internship and fellowship in 1992. I have been qualified as an expert witness in civil and criminal cases in the areas of posttraumatic stress disorder and complex trauma. I have maintained a private practice since 1992, though which I continue to provide evaluation, treatment, and supervision of the treatment of trauma.

## EVALUATION OF SIDDHARTH JAWAHAR

Preparation for this report consisted of approximately 7 hours of interviews with Mr. Jawahar and review of relevant materials. Meetings were conducted via Zoom at the Ste. Genevieve County jail in Ste. Genevieve, MO where he is currently detained.

This evaluation is rooted in the powerful findings of the pivotal Adverse Childhood Experiences Study (1998) which was one of the most significant studies (based on the reports of 17,000 respondents) to examine the psychological and physiological impact of childhood adversity. It was found that for each adverse event that an individual experienced – physical and sexual abuse, poverty, domestic violence, neglect – the negative toll redoubled. Four or more events experienced during one's lifetime resulted in high ACE scores and were found to be indelibly correlated with chronic anxiety and depressive disorders, complex post-traumatic stress, high rates of re-victimization, substance dependence, serious medical issues and overall shorter life spans. Individuals with four or more adverse childhood experiences were found to be at twenty times the risk for incarceration and thirty times higher risk for attempting suicide (Felitti et al, 1998).

The body of this report will begin with an examination of the key adversities endured by Mr. Jawahar during his developmental years. Following this review, the report will offer a

diagnostic framework and conclude with treatment recommendations. Lastly, the report will endeavor to assist the decision maker as to the relevance of these findings to Mr. Jawahar's decision-making process and to factors that provide deeper context to the instant offense.

## SUMMARY OF EXPERT OPINIONS

Based on the clinical interviews, behavioral observations and psychological assessment conducted over the 7 hours of evaluation sessions and considering the consistency of Mr. Jawahar's account with established clinical literature on the effects of severe and unremitting physical and sexual abuse during a child's developmental years, it is my professional opinion that his psychological profile is highly consistent with exposure to repeated acts of abuse and maltreatment. Throughout Mr. Jawahar's childhood into adolescence, he was subjected to severe physical abuse by his father and years of sexual abuse by his uncle. This significant traumatization shaped his personality, thwarting his natural childhood development, forcing him to accommodate to a culture of immorality, and embedding a survival instinct that greatly contributed to his motivation to leave India and its painful associations and build an impermeable professional identity. This resulted in an external behavioral stability, aided by his precocity and intellectual gifts, which allowed him to advance professionally in the States. In my opinion, this distinguished academic and professional record reflected a driven, gifted immigrant's adaptive functioning within a highly competitive environment, rather than the absence of psychological injury. The aftereffects of abuse can be longstanding, contributing to a sense of internal badness and shame that persists long after the abuse has ended. The precarity of those early and impactful years fueled Siddharth's strong intention to thrive and succeed, thereby refuting this

profound sense of damage. Conceding to failure would be essentially capitulating to the weak, abused child that he was. This intensified his eagerness to appease both colleagues and investors and contributed to the situation in which he finds himself today.

## DEVELOPMENTAL HISTORY OF SIDDHARTH JAWAHAR

Siddharth was born in 1987 to Vinita and Sanjeev Jawahar; his older sister Priyanka and grandmother completing the household. They lived in a semi-developed part of New Delhi. Both parents were educated; father worked as a lawyer and mother was a

homemaker. Despite father's professional degree, they struggled financially and lived proximally to abject poverty; *"100 feet in every direction people were living in huts."* Father's practice migrated to the business construction field, then to garment exports with minimal success; *"he was forever trying to make ends meet."*

Parents stressed *"the value of service"* to their children. They took them to polio camps, involving Siddharth and Priyanka in early humanitarian work, *"helping to feed these little kids drops of food in their mouths."* The family belonged to the Rotary Club, through which they would plants trees, collect trash, do literacy projects, help to dispense polio inoculations. These influences *"were significant"* and ones that Siddharth continues *"to carry with me."*

## PHYSICAL ABUSE

Education was prioritized in the household. Father had grown up with military discipline and had been sent to a boarding school at age four. He felt like he *"had lost his childhood"* and in turn imposed an atmosphere of high expectation and severe punishment for Siddharth and his

sister. Frequently *"large disciplinary measures"* were exacted; *"slaps across the face were routine."* Periodically, the beatings, which were primarily administered to Siddharth, *"drew blood."* Siddharth describes how his father would *"beat me up full force."* He recalls the aftermath of a beating, being left *"black and blue; I remember it like it was yesterday;"* its indelibility decades later indicative of its traumatizing and severe impact.

Mother came from a smaller, rural part of India that had been *"left behind economically and was extremely primitive."* Culturally, this meant that *"any mention of abuse would be greeted with hostility. Subjects that were taboo were never talked about."* Siddharth felt his mother's empathy but knew there would be no redressive action; *"she felt for us but could never contest the roles and his power over the children."*

Father had many sources of irritation that could lead to an aggressive beating. Siddharth had to *"walk a certain way, you couldn't drag your feet. There would be loud screams. I was called a bastard a lot. You had to eat with perfect table manners and etiquette. If I chewed with my mouth open, I would get slapped across the face."* One of the most unrestrained beatings ensued when Siddharth came home without a backpack, as the bully on the bus had taken it and thrown it out the window. There was no chance for an explanation from a five-year-old to his father before the consequential beating began. What this embeds is that a child learns that his subjective experience, his feelings or explanations, do not matter. That child learns to suppress their emotions, adapt to the dominant order, and submit.

Harshness attended the home in other domains as well. The scarcity of money was a *"constant theme"* of stress between his parents. Father would monitor the hours that the air conditioner could be on, leaving the family inside with a temperature frequently at 110 degrees

with one fan going. A consequence of the brutal household atmosphere was that Siddharth developed *"a businessy relationship"* with his father. Father *"never asked about my day, if he spoke to me at all, it was always about a bad thing. My achievements were not celebrated; they were to be expected."* Success and financial security eventually became *"a big, motivating factor"* for Siddharth. He aspired to achieving *"a better life"* for himself that would ensure *"a better life for the family."*

A respite from the home was offered by visits to mother's brother, Deepak, known as Buntymama to Siddharth. It was a three-hour drive away, but there was an air conditioner there, with plenty of coca cola and abundant video games. This uncle was known as *"the cool, fun uncle"* who lived in a flat above Siddharth's grandmother, Nani. He was an accountant by trade and an amateur artist with a studio in his apartment filled with drawings of male and female nudes, *"very explicit art."* Often Aditya, Siddharth's cousin who lived in the home, would join in and both boys would play hours of their favorite games. Siddharth felt *"a weird sense of levitation"* with this uncle, so taken with the excitement of his aura and his interest in Siddharth, making him feel like *"I really mattered;"* a novel sensation for this young boy who was taught to adhere to the rule of adults. His uncle was *"the only one with American movies – my foray into that world - Casablanca, Ben Hur; he would explain it all to us. It was a lively moment at that phase of life. He smoked cigarettes; I had my first cigarette with him. My first everything. When he wasn't being awful, he manipulated me into thinking he was this renaissance man, and he knew how to play the part."* This sense of overwhelm, being in the thrall of powerful men, and learning to silence any sense of misgiving, would be repeated when Siddharth later found himself as an adult working for his driven elders at Swiftarc.

**<u>SEXUAL ABUSE</u>**

Siddharth remembers a *"point of demarcation"* in the apartment with his uncle; *"sometimes it was hot there and the air conditioner would be off. We would be told, if you are hot, take your shirt off. The shirt part was seemingly harmless."* His uncle would hold the boys *"affectionately and make us feel safe."* He would take them for ice cream, provide treats; it was a sweet escape for Siddharth from his rigid and punitive home. These actions are meant to groom potential victims for abuse, earning their trust and imparting a sense of play and seeming safety. The initial incidents *"were less severe, which is what masqueraded them. First, he said he wanted to draw us, and I made a victorious pose playing a GI type game."* His uncle would be quite affectionate and sweet, saying in Hindi, *"Esay hero! Stay just like that!"* while he sketched them. The uncle would use his artwork to expose the boys to nudity, eventually suggesting that he sketch them, directing them to disrobe. He would use the ruse of asking them to position in various ways for his sketches, but the poses became increasingly suggestive.

The two cousins loved the game Mario Cart, and the uncle would reference the two main characters to suggest physical engagement between the boys; *"he would say, they are hugging, you two should hug too!"* There would be a bonus round in the game, and the uncle would suggest, *"everyone take their pants off now and everyone will kiss!"*

Siddharth remembers *"feeling acutely uncomfortable"* as the sexual intent of their activities unfolded. He recalled how *"at first, you don't think anything of it, only after the series of events start to make sense does it start to feel devastating for you."* His uncle would *"get*

*stimulated and start touching us; we didn't know what was going on. He tried to make it an educational thing."* Siddharth was seven years old when this began, deeply respectful of his elders, loathe to speak up if anything caused discomfort. His own sexuality had not begun to develop; he had never witnessed masturbation, much less practiced it himself. The sexual play progressed and when his uncle ejaculated on him, Siddharth *"freaked out,"* becoming quite distraught. His uncle quickly downplayed it and swiftly took him out for ice cream, warning him not to tell anybody what had happened. This series of events is quite typical; exposure to trauma, distress expressed by the victim, minimization, provision of a distracting reward and then the imperative/warning ensuring secrecy. Siddharth dutifully promised, fearful of the censure that would fall on his head if the abuse was revealed, and further disoriented by the adult sexuality paired with the abundant, delicious treats of ample desserts, trips to the Chinese restaurant, and limitless game playing. By age nine, the sexual abuse now in its third year, became more involved. The uncle would spike their soda with brandy, telling them that they would *"begin to feel warm and we did."* This began a predilection for alcohol for Siddharth; he would drink brandy at home and eventually developed a serious alcohol problem in his adulthood. During these abusive episodes, the alcohol provided a welcomed respite from the fear and anxiety evoked by the abuse.

The uncle began to suggest more direct engagement between Siddharth and his younger cousin. He would grope them together, holding their genitalia to stimulate himself. Siddharth now sees him as *"a master manipulator,"* pairing his lurid suggestions with rewards, *"protecting and violating us at the same time"* and then always punctuating the abuse with some kind of sweetener that followed.

Siddharth recalls *"feeling this removal from my physical being,"* during the abusive episodes, like he departed his body. This is a neurobiological consequence of traumatization called depersonalization; a kind of dissociation that results from an individual being overwhelmed by exposure to trauma. During the evaluation session, when Siddharth was recounting how his uncle would frequently use the Hindi phrase: *"Yeh kisi ko nahi batana"* which translates to *"Don't tell anyone about this"* – a common Hindi phrase used to ensure confidentiality, his leg began shaking uncontrollably and he immediately got hit with an image of his uncle's *"prolific moustache, dark brown hair, wheatish complexion."* This visual image was paired with the memory of the smell of tobacco; *"whenever he came close, you could smell the smoke. He was a smoker, and I just remember smelling his breath."* The suddenness of his shaking limbs and the visual and olfactory memories, essentially flashbacks, confused and disoriented Siddharth, as he had felt calm during the interview and had been speaking in a controlled manner. Somatic manifestations like the leg shaking or a sudden re-experiencing of the past that gets activated during the narration of long unresolved trauma reflects activation of the autonomic nervous system triggered by the body's encounter with the traumatic memory. Siddharth's narrative was composed and yet his body was shaking. Trauma is encoded in multiple domains – not just the explicit narrative memory, but also in the survival brain circuitry. Siddharth's autonomic dysregulation illustrates how long unresolved trauma remains unintegrated, manifesting in that moment somatically and visually while the contemporary verbal rendition was affectively undisturbed. These manifestations will be referenced later in the diagnostic criteria of post-traumatic stress disorder, for which Siddharth meets criteria.

As a child, Siddharth worried about the impact of these experiences on his little cousin,

apprehensive about *"what he was witnessing. I felt violated for and with him. I remember that was always on my mind."* He would try to protect him by *"pushing him back so he wasn't subjected to some of the persistent touching. Or I would tell him to go downstairs and play. I felt a sense of responsibility. It needed to happen to us both. I'm sure his childhood was broken as was mine."* Siddharth would ask his cousin why he thought the abuse was happening and little Aditya would say, *"Masti mein – it's all in fun,"* his attempt to make light of such a bewildering and inescapable situation. Siddharth was burdened with the preternatural awareness of the abused child, forced by circumstance to abandon the normal, easygoing concerns of childhood. Children who are growing up in non-traumatizing circumstances are normatively self-referential, looking at the world mostly from their own perspective, a kind of healthy narcissism that they will eventually grow out of as they mature. Trauma forces an early decentering; the child learns to read the emotional states of the abusers around them with great attunement and often assumes emotional caregiving responsibilities or concerns for any other victims involved. The sustained danger to which Siddarath was exposed essentially collapsed his developmental timeline, heightening capacities of hypervigilance and empathy that exceeded development in other domains. Notably, Siddharth has never spoke about those years of abuse with his cousin since their mutual victimization.

The childhood years in a healthy, non-abusing home provide a time for children to consolidate the rules of their family and of the larger society, no longer simply following rules to avoid punishment, but more fully internalizing their own growing sense of morality. However, for Siddharth, he was surrounded and informed by immorality and forced by circumstance to feel implicated in those activities, unable to go to his parents for protection. Absent redressive action,

the insidious legacy of sexual abuse is the internalization of shame and self-blame for events completely out of a victim's control.

The sexual abuse progressed, and Siddharth learned to *"go to a safe place in my head. I would typically close my eyes. There would be video game sounds in my head. I would become numb. Not feel pain, not feel anguish. I would feel disoriented, like my mind and body were distant from each other. Like you're levitating and then you're buried without oxygen. I would black out when penetration was imminent."* Siddharth's evocative description illustrates a learned, conditioned anticipatory dissociative response to cope with the terror. His *"blackout"* is indicative of *"tonic immobility",* when the child's parasympathetic nervous system dominates in the face of extreme threat – the heart rate drops, muscles go slack and consciousness narrows. We see this involuntary, paralytic response in mammals as a kind of final defense against predators.

It was an utterly confusing reality for Siddharth. It was *"virtually impossible to mention what was going on with my uncle. I knew the discrediting of my narrative would be leveled against me, and in addition maybe there would be retribution against my mother because it was her brother."* Clearly unable to go to his parents and disoriented by his love for his uncle who provided a *"playful, joyful setting"* that then contrasted so painfully with *"being pinned down while the video games played in the background."* Each episode predictably ending with the same ominous warning for Siddharth to heed: *"kuch nahi hua – nothing happened."* At the very moment that Siddharth's post-traumatic dysregulation was at its highest, this demand would be stated forcefully. This was a direct attempt to manipulate Siddharth's sense of reality. He knew something did happen, but he is told by his respected and intimidating elder that nothing happened. The only way that this conflict could be resolved was through dissociation, cordoning

off the memory and deepening Siddharth's disconnection from his own internal knowledge, perceptions and reality.

During the period of abuse by his uncle, Siddharth was attending an all-boys Jesuit school where he was frequently bullied. He described himself as *"alone and targeted."* He had learned *"to become numb to the pain,"* and part of this avoidance was reflected in the isolation he sought at school. His peers could sense that he *"was somber or sorrowful right after the summer holidays when we would spend time in my uncle's home."* He was particularly hounded by *"two bullies"* that identified the vulnerability within Siddharth and would berate him or steal his lunch or money.

Siddharth tried to seek out support in his peer group, though he *"felt so singular in my experience."* He told his best friend Rohan about the abuse when he was about 8 years old. Rohan was *"dismissive, sure that it wasn't happening."* After another futile attempt to share his distress with another friend, Siddharth pushed it even further inside. Siddharth knew even then that the *"cultural realities made it very taboo. I could make myself a target. I couldn't let it ripple into my mother's family. She was a source of strength and love, and I never wanted to compromise her standing in the family. I knew as a child that the woman of the family gets targeted for things that are not their fault."*

By the time Siddharth was nine and ten years old, the abuse happening repeatedly, he began to protest. As he matured and *"made more sense of things"* the uncle started to back away. Siddharth could feel how the impact of the abuse *"stayed with me. I was more reserved and secluded. The abuse was a dark presence as I grew up. You never leave that part of your life, you just co-exist with it. When I would see and meet other people's families, it was always on my*

*mind. I was distrusting."* The impact of repeated abuse during the developmental years is profound, seeping into various domains of functioning, prevailing moods, and orientation to the world.

Siddharth attended Catholic school and mirrored the piousness of his mother, believing in God and praying a lot as a child. He excelled academically and was nominated as captain of the class several times. He read a great deal, endeared himself to teachers, was captain of the debate team. Siddharth became close to his sister Priyanka as they matured, *"confiding in her more than anyone"* but unable to share with her the details of the abuse. After Siddharth took the SATs and received a high score, he *"knew I was headed out of India. There was so much going on that wasn't for me. The abuse by my uncle was the largest driving factor."* He felt great conflict about this; *"there were economic and social dependencies. My grandmother was ailing, and I knew that she had limited time."* Siddharth's relationship with his father provided further motivation to leave; *"I was trying to get away from him, differentiate from him."* Though initially father tried to bar Siddharth from leaving the country, ultimately Siddharth's *"sheer determination won him over. He realized he was becoming the father he had had and started to be more supportive."* The abuse had created an *"escapist mindset"* for Siddharth; *"I had to get out of India. It was hard to understand my drive."*

There were a range of illustrious possibilities for college awaiting Siddharth; he had gained acceptance at twelve schools, among them, Yale, University of Chicago, and London School of Economics. His friend Rohan's uncle offered to write a recommendation and finance a visit to the London School. Siddharth was wary of accepting such a favor; unsure of what he would owe this uncle; *"I said, no thank you a lot. I did not trust easily. I felt if I accepted his help, I would*

*potentially open myself up to sexual trauma."* He was drawn to Yale but couldn't afford the tuition. University of Texas at Austin offered an ample scholarship and he enrolled there, leaving India for the first time. He was resolved to succeed at all costs at university; *"the only way I thought I could matter was standing out academically."*

The summer after his freshman year, Siddharth interned at JP Morgan. He met a young woman there from Mumbai, also interning for a prestigious investment firm. He looks back on this relationship with some bittersweetness; *"she could have been my person."* As the young couple moved into physical intimacy, Siddharth tried to share with her as best he could what he had been subjected to by his uncle; *"I hinted at things that had occurred."* Both his naivete and his early exposure to sexuality was on vulnerable display; *"I thought that the primary way to be sexual and derive pleasure was through anal sex."* This young woman was compassionate in offering Siddharth's first pairing with a romantic peer to tentatively begin to talk about and explore the painful aftermath of the abuse by his uncle. He had *"difficulty being vulnerable and open. I felt locked away. The abuse stunted my sexual growth."* The relationship ultimately did not last but stands as an important guidepost for Siddharth in charting his slow and troubled path out of his past.

Siddharth did well in school; he had *"such a deep desire to leave where I was that I felt quite welcome and blossomed there."* He became student ambassador for Face AIDS and Partner in Health, continuing his family's humanitarian efforts. He was elected to be the president of the University Investor's Association; a member of which is writing a letter of support during this process. He learned how to study the markets and make investments. He was given an award by the dean of undergraduate studies for his service to the community. Much of his innate promise

was flourishing at UT Austin. He began to *"form an identify through my work"* and was the youngest intern to be given the JP Morgan Honors award. Racist comments would be directed his way, but he *"just worked hard and performed. My journey was distinguishing in a way and eventually I became immune to the slurs."*

His drinking however, had continued. It came to *"be an escape; resorting to that instead of talking to a therapist."* Siddharth had learned the numbing effects of alcohol when his uncle would use liquor to facilitate the abuse. As well, self-medication by alcohol or drugs is highly prevalent among abuse survivors to numb their distress, mitigate depression, suppress flashbacks and ease anxiety. Alcohol use accelerated in college and intensified as he entered the business world. He eventually began to consume a nightly bottle of wine, earning a certificate as a sommelier *"to rationalize my behavior."* He was hospitalized *"half a dozen times overnight"* for detoxes and was stopped by police one time for a DUI. His reliance on alcohol, begun during the episodes of abuse by his uncle, only terminated with his January 2024 arrest.

In business, Siddharth found that he was programmed to placate his colleagues; *"if people asked me favors, I hated to displease, so I agreed with the same fears and tried to find a way. I would not want to displease my business partners, ultimately to my own detriment. They would come to me with plans. Right and wrong were coupled early on."* Internally, Siddharth *"always had this outsider mentality;"* driven to survive and thrive through appeasement; *"people found out I was willing to go to any length to please them."* Demands on him at Swiftarc *"escalated overtime. I think about why I wasn't able to say 'No, this isn't realistic, or this is too difficult.'" Siddharth became "passive and submissive;"* unable to assert himself and address any underlying concerns. He felt a strong responsibility to conform to the wishes of others and keep the

appearance up of a robust business. The intersection of his traumatization, essentially conditioning to provide for others and quiet his own signal of wrongdoing, appears to have led inexorably to the behaviors for which he is now being held to account and for which this evaluation seeks to offer a psychological understanding.

Siddharth' uncle's death in 2023 provided a critical juncture where he felt freer to address more directly the impact of the past abuse; *"the burden and shadow on me that had stayed since childhood."* He sought out in-person psychotherapy for a period of months and began to grapple with his anxiety, depression, and lapses in judgment at work. The psychotherapy notes reflect instances of acute depression, recurrent thoughts about death, ruminations about his worthlessness, and low self-esteem. Symptoms of post-traumatic stress disorder, major depression and generalized anxiety were noted in the record. Siddharth presently meets criteria for post-traumatic stress disorder.

## POST-TRAUMATIC STRESS DISORDER

Post-traumatic stress disorder is a clinical disorder that may develop following exposure to an extremely threatening event, or series of events, this being criteria A. Using the DSM V criteria, and drawing directly from the manual, it is then characterized by a series of symptom clusters. These are: B) presence of one (or more) of the following intrusion symptoms associated with the traumatic events(s) beginning after the event(s) occurred, including recurrent, involuntary and intrusive distressing memories of the event(s); recurrent distressing dreams in which the content and/or affect (the laden emotion) of the dream are related to the traumatic events; dissociative reactions (e.g. flashbacks) in which the individual feels or acts as if the

traumatic events were recurring; intense psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event(s); and marked physiological reactions to internal or external cues that symbolize or resemble an aspect of the traumatic event(s). The avoidance cluster (C) are persistent avoidance of stimuli associated with the traumatic event(s), beginning after the events occurred, as evidenced by one or both of the following: avoidance of distressing memories, thoughts or feelings associated with the traumatic events and/or avoidance of external reminders that arouse distressing memories, thoughts or feelings about the traumatic events. The (D) criteria are negative alterations in cognitions and mood as evidenced by two or more of the following; inability to remember important aspects of the traumatic events, persistent negative beliefs about oneself or the world; persistent, distorted cognitions about the cause or consequences of the traumatic events; persistent negative emotional state, such as anger, guilt, shame, fear; markedly diminished interest or participation in significant activities; feelings of detachment; and persistent inability to experience positive emotions. The (E) criteria concern marked alterations in arousal and reactivity associated with the traumatic events as evidenced by two or more of the following; irritable behavior, recklessness, hypervigilance, exaggerated startle response, problems with concentration, and sleep disturbance.

In addition to these PTSD symptoms, the developmental impact can be seen in enduring patterns of distrust and appeasement of others over a presentation of an authentic self. Siddharth's intelligence and astuteness facilitated the development of a compliant, socially fluent presentation, while the emotions associated with the traumatic experiences were stored out of consciousness, aided by the numbing effects of alcohol. What can result from chronically

suppressing what one feels is a lack of self-evaluation as the appeasement template becomes generalized to how one functions in the world. This is well described by Steele, Nijenhuis and van der Hart in their theory of Structural Dissociation. They posit that a consequence of the traumatized victim's conscious and unconscious attempts to avoid evocations and associations to the painful past is the development of the ANP – the Apparently Normal Personality. The construction of this presenting self allows the person to engage with life and their aspirations by excluding what they cannot tolerate integrating. However, the cost may be emotional constriction, a sense of internal vacancy, and in some cases, a kind of dissociative amnesia. (van der Hart, et al, 2006).

Based on the clinical interviews, behavioral observations and psychological assessment conducted over 7 hours of interviews with Siddharth Jawahar and considering the consistency of the subject's account with established clinical literature on post-traumatic stress disorder, it is my professional opinion that the findings are highly consistent with exposure to childhood physical and sexual abuse. Clinically, his presentation is consistent with a spectrum of trauma related symptomatology to follow.

**A. INTRUSION SYMPTOMS**

Recurrent, involuntary and intrusive byproducts of the trauma, memories, associations, sensations and affects typically insert themselves into the present, indicative of the unprocessed nature of the event. Siddharth would have flashbacks to the abuse with his father or his uncle whenever the prospect neared of *"speaking up or disagreeing with someone. The possibility of retaliation was always in the back on my mind."* Consequently, he avoided taking any opposing stance, so driven was he to only seek out *"acceptance and unconditional love."*

Sleep disturbances are common. Siddharth has recurring nightmares of being in a *"fiery pit with a sinking hole, without an escape."* Themes of inescapability continue in other dreams of his uncle and the apartment, *"feeling deliberately trapped in the room adjacent to the living room, the lack of windows and hearing my uncle's words, hearing him say kuch nahi hota – nothing happened."* Another recurring nightmare features *"hearing the video games on, feeling the brutal cold of the air conditioner, and realizing I can't get out of the room, there's no way to escape."* He often wakes up *"feeling frazzled, gasping for air."*

Given Siddharth's history of both physical and sexual abuse, being confined in a carceral environment with violent inmates has been exponentially more punitive for him. There is one inmate who likes to boast about *"frightening people in the shower."* Siddharth finds himself *"agonized"* and activated in response; *"it makes me feel trapped, suddenly feeling like I am back in the room. I'm well into my 32nd month of my incarceration. I can't tell them I was subject to sexual abuse. I have to just pretend to laugh it off and then go back into my shell."*

**B. PERSISTENT AVOIDANCE OF STIMULI ASSOCIATED WITH THE TRAUMATIC EVENTS**

Post-traumatic stress disorder is a bi-phasic syndrome. The manifestation of re-experiencing is contrasted by the symptoms of persistent avoidance of stimuli associated with the traumatic event. These swings preserve the PTSD as only through a slow, therapeutic, graded exposure can the individual resolve the traumatic experience. The result of these binary responses is a repetitive cycle of intrusive remembrances, sensations, and affects that then prompt the victim's need to distance, isolate, avoid, numb out and dissociate. The avoidant, respite-seeking strategies do not metabolize the material, and the unprocessed trauma cannot be kept at bay permanently. The memories and associations inevitably come unbidden into

consciousness again, triggered by any number of cues, causing acute distress which then summons the avoidant behaviors once more. In futile efforts to contain overwhelming feelings and traumatic associations, victims begin to avoid any potentially upsetting experiences, and their lives become characterized by a fearful withdrawal and isolation.

Siddharth is careful to avoid any exposure to wrestling or physical jostling, which evokes the choreographed play the uncle would direct, or the uncle's actual wrestling of Siddharth - "he would just flip me around." He cannot be exposed to documentaries of India, or any sightings of characters or imagery from the many videos that were used as lure or distraction. All these images require vigilant avoidance in order for Siddharth not to be plunged back into an involuntary re-experiencing of the past.

Siddharth struggles with fears of going into any dark spaces or "non camera" spots in the prison; *"if I stumble into them, I spaz out. I'm uncoordinated. I get dizzy, flustered. I have so much fear of being alone with individuals."* The unsupervised places likely activate dissociative responses from Siddharth, immediately overwhelmed and unable to stay oriented fully in the present.

Siddharth avoids conflict assiduously; *"I tend to want to please even at the cost of self-harm."* He has adopted pro-social behaviors to facilitate this fear of conflict, much of this quite rational given the violence of the carceral environment. He teaches GED classes and exudes a calm demeanor to help with issues of dispute, thereby earning the respect of his fellow inmates. Siddharth's avoidance of associations to his home country resulted in the painful inability to attend his grandmother's funeral; *"I couldn't grieve. I couldn't talk to them."* His mother's sister Mausi later died, and he was unable to attend this service as well; *"it was so tormenting. I avoided*

*it at all costs. Seeing anybody in that family, I would immediately be back in the room with no windows, begin to feel trapped, feel that out of body experience that I never wanted to come back."* In summary, the reported symptoms of intrusion and avoidance are highly consistent with the known effects of repeated physical and sexual abuse.

**C. NEGATIVE ALTERATIONS IN COGNITIONS AND MOOD**

The negative cognitions and beliefs of post-traumatic stress disorder, that reflect the disruption to one's sense of safety and the safety of others, can deepen into a severe and chronic depression. Siddharth has struggled with symptoms of major depression and suicidal preoccupation. The most acute period was when his uncle became quite ill and eventually died; *"it felt like a part of me was dying if he was dying. He took my innocence from me. His death was a very dramatic experience, very difficult."*

Siddharth's template of relationships throughout his life has been essentially to figure out how to please the other, to become indispensable to the other in order to survive. Central to this external motivation is the insidious post-traumatic belief that Siddharth as an individual is not inherently important or valuable, all that mattered was if his actions won approval. This contributed to his significant *"psychological need to not fail Frank." S*iddharth recognizes his relationship with Frank Krasovec, founder of Swiftarc Ventures, was something that contributed to his current legal situation. He describes Frank referring to him as his *"second son. He essentially adopted me and made my identity linked with his."* Siddharth regretfully evaluates how "I should have taken the loss and called it a day. But I knew the reputational damage he would suffer. My entire edifice was to please Frank. It was never greed." Indeed, Siddharth invested his entire savings into the business, assured *"by Frank that he would*

*fund the shortfall."* Siddharth did not own a car or a residence and was living modestly. All of his energy was focused on satisfying the wishes of his elder and thereby ensuring his own survival.

**D. MARKED ALTERATIONS IN AROUSAL AND REACTIVITY**

Trauma bars the victim from being able to be fully in the present; menace is potentially everywhere as the mind is still consumed with and actively processing the overwhelming event. The individual is either immersed in the trauma narrative or vulnerable to reactivity and hypervigilance, relentlessly scanning the present context for predators and bracing for danger. Apprehensive of the vulnerability of sleep when the unconscious mind can bring forth traumatic memories, Siddharth would often find himself sleepless, ruminating on the past. He became *"more anxious and paranoid. I couldn't properly interact with family members, innocent bystanders. I was always irritable with my parents. I was a happy individual seemingly on the outside, but deeply in pain on the inside."* He tried to *"put a rosy picture on it and advance my academic pursuits, but I ended up feeling a misfit, trapped in this situation."* Because Siddharth was *"willing to do anything to get away,"* this left him with a *"psychological duality"* his past unable to be integrated, convinced he could not afford failure. There was a one-way street out of abuse, out of India, and he was driven to pursue it. His escape from home left him *"unable to visit, to run away and fit in at any cost."* Reflecting now, Siddharth remarks *"most people have a return, I just had to go and go. I had no home to go back to."*

## CONCLUSIONS

Based on the clinical interviews, behavioral observations and psychological assessment conducted over 7 hours of evaluation sessions and considering the consistency of Siddharth's account with established clinical literature on the effects of childhood abuse, it is my professional

opinion that his psychological profile is highly consistent with exposure to childhood physical and sexual abuse.

Clinically his presentation is consistent with post-traumatic stress disorder, accentuated by deep and abiding shame and ongoing depression. Siddharth yearns for reunion with his family but concurrently feels acute dread at exposure to his home country and anxiety about eventually speaking with his cousin about the abuse, exemplifying the persistent avoidance and fear of overwhelm of PTSD. He carries deep scars from his uncle's abuse that continues to prompt a wish to distance and isolate. Optimally, he would like to feel "done with being everyone's hero. I see that more clearly." During crucial developmental years when templates of relationship are internalized as constructs for the future, Siddharth was taught to accede, to submit, to protect the immoralities of others, to accept the violation of healthy boundaries. The lessons of trauma do not go away easily; their imprint can be seen years later when one is seemingly free of the abuse. Siddharth remarks now how these events have taught him at great cost, the need for boundaries, his own moral failings, and the work he must continue to do moving forward to ensure he never finds himself in this kind of situation again.

This process of evaluation has been a positive one for Siddharth. Optimally, trauma focused treatment would amplify these gains and support him in evaluating how his significant trauma history throughout his development has impacted the crucial choices he made that led him to the instant offenses. Further, therapy would diminish the isolative shame he has felt for years as the weight of carrying those traumatic experiences is incrementally shared and greater understanding of the impact of trauma is gained. The swings between avoidance and intrusion would lessen, helping Siddharth face the reality of his childhood experiences and their

developmental impact. As he assumes greater mastery over the post-traumatic affective swings, he will be able to achieve a deeper sense and appreciation of the toll of the trauma he endured and the enormous strength he mustered in seeking refuge in his studies, determined to distance and succeed despite those significant traumatic injuries. Most significantly, he will be able to appreciate how crucial it was that at a developmentally vulnerable time he was exposed to and shaped by harshness, cruelty and immorality, then driven to leave home and all he knew to attempt to make a life for himself on his own.

The costs of these actions continue to reverberate today. Psychotherapy can provide an essential place to review both the impact of his injuries and the repercussions of his later actions and their essential entwinement. He is now *"more receptive to therapy than I have ever been. I have always had to go into these deep, introspective corners to cope. I have felt broken. I know I need more coping resources, and to continue to make sense of what didn't make sense. My rehabilitation will not just be a legal rehabilitation. You please people at your own expense. Eventually something's gonna give. I know that healthier relationships are in store for me. That's what I'm lacking and what I yearn for."*

From the time Siddharth left home for university, he was driven to succeed. He won an award for community service and was the UT Austin student ambassador to the AIDS community. He was also the youngest intern to be awarded the JP Morgan honors award. During his incarceration, he has distinguished himself as a counselor, teacher and tutor to many of the inmates who may not have finished high school. He has spent countless hours helping them study and get their GED. He has abundant resources of intelligence, drive and humanitarianism.

His life post-India was a forward moving trajectory, intent on distancing from the shame

and humiliation he had endured. His steady ascent was stopped suddenly by the actions central to this case. Psychotherapy can help aid Siddharth in examining how his business tenure at Swiftarc went awry, prioritizing seeming success over the financial considerations of their investors. He now has an opportunity for a reckoning and understanding of how the abuses he suffered contributed to his drive to succeed over the needs of his investors. In my estimation, it appears this process of understanding and reconciliation has already begun on his behalf.

Respectfully submitted,

Robin Zachary LICSW/LCSW

Robin Zachary LICSW/LCSW
245 W. 107th
New York, NY 10025

## **BIBLIOGRAPHY**

Felitti, V. et al. Relationship of Childhood Abuse and Household Dysfunction to Many of the Leading Causes of Death in Adults; The Adverse Childhood Experiences (ACE) Study). American Journal of Preventative Medicine. 14(4)1998: 245-258.

Van der Hart, O., Nijenhuis, E.R.S., & Steele, K. (2006). The haunted self: Structural dissociation and the treatment of chronic traumatization. W.W. Norton & Company, 2006.