SAM GRAVES
6TH DISTRICT, MISSOURI
CHAIRMAN, COMMITTEE ON
TRANSPORTATION AND INFRASTRUCTURE
COMMITTEE ON ARMED SERVICES

1135 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-7041

RECEIVED

SEP 10 2026

# Congress of the United States
## House of Representatives
Washington, DC 20515–2506

12200 NORTH AMBASSADOR DRIVE, SUITE 234
KANSAS CITY, MO 64163
(816) 792-3976

411 JULES STREET, ROOM 111
ST. JOSEPH, MO 64501
(816) 749-0800

6079 COUNTY ROAD 425, P.O. BOX 364
HANNIBAL, MO 63401
(573) 221-3400

201 MAIN STREET, ROOM 50
TROY, MO 63379
(636) 622-7106

September 3, 2026

BY MAIL

The Honorable Zachary M. Bluestone
United States District Court for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
11 South 10th Street
St. Louis, Missouri 63102

**RE: United States v. Jawahar, Case No. 4:23-cr-718-ZMB**

Dear Judge Bluestone,

I am writing to you today in my personal capacity. Through public filings and direct professional discussions regarding sentencing methodologies in the Eastern District, I am entirely familiar with this matter.

I know your professional pedigree—shaped by elite analytical training, rigorous appellate oversight, and a deep grounding in our state's legal infrastructure. Because you approach the law with intellectual precision rather than reflexive emotion, I am presenting this assessment not as a standard plea for leniency, but as an argument rooted in institutional reality, proportionality, and the cold metrics of justice.

**I. The Mathematical Reality of Time Served and Proportionality**

Under 18 U.S.C. § 3553(a), a sentence must be *sufficient, but not greater than necessary* to achieve the statutory mandates of punishment and deterrence. A truly rigorous jurist must look at the total cumulative restriction of liberty already exacted.

It has fully satisfied the retributive and general deterrent objectives of the law. To mandate a protracted custodial term beyond a total sentence of **48 months** crosses the line from just punishment into redundant excess—inflicting heavy taxpayer-funded warehousing without yielding a single marginal benefit to public safety. A 48-month total sentence marks the exact point where the equations of justice balance.

**II. Economic Prudence and Maximizing Victim Restoration**

With your background in economic analysis, you recognize that in complex financial matters, the true measure of a successful judicial outcome is the active remediation of harm—specifically, the optimization of victim recovery.

Mr. Jawahar chose accountability, actively cooperating with authorities to streamline and maximize the financial recovery of restitution. A structured, measured sentence enables him the eventual opportunity to re-enter society as a productive economic agent capable of continuing that restitution.

PRINTED ON RECYCLED PAPER

A blunt, excessive prison term permanently severs his economic output, paradoxically reducing the practical avenues available for victim compensation. True fiscal and judicial responsibility demands a sentence that preserves his capacity to pay, not one that destroys it.

**III. Systemic Reform and Proven Character Under Pressure**

Public safety and rehabilitation are often debated in the abstract, but they are proven by concrete, verifiable conduct. Long before these proceedings, Mr. Jawahar maintained an extensive, hands-on record of civic and philanthropic investment—lending his time, capital, and operational energy to organizations like the Andy Roddick Foundation, the *Just Keep Livin Foundation,* and critical public health infrastructure.

More importantly, true character is revealed when a person is placed under extreme systemic stress. When Mr. Jawahar entered the Ste. Genevieve Detention Center—a facility entirely devoid of pre-existing rehabilitative programs—he did not remain passive. Instead, he worked constructively with detention staff to build a self-sustaining educational infrastructure from the ground up.

Over nearly three years, he voluntarily logged over 5,000 hours of instruction, mentoring more than 50 under-resourced detainees. He built functional, data-driven curriculum tracks: GED preparation that secured high school equivalency credentials, vocational training in commercial logistics and HVAC to prevent recidivism, and essential life skills. From a public policy perspective, his conduct inside that facility was actively and profoundly helpful to Missourians. He advanced true criminal justice reform on the ground, turning an environment of idleness into a structured engine for re-entry.

**Conclusion**

A rigorous, data-driven evaluation of this case leaves no ambiguity: the statutory mandates of sentencing have been met. Mr. Jawahar has accepted responsibility, aided in financial recovery for victims, endured severe pre-trial confinement at the Ste. Genevieve Detention Center, and demonstrated through verified action that he is a rehabilitated individual.
I respectfully urge you to weigh these systemic realities and suggest the final sentence at 48 months.

Respectfully submitted,

Sam Graves

PAPER POUCH

how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

S
E®

# PRIORITY MAIL®

estic use.

rance (restrictions apply).*

iestic and many international destinations.

:laration form is required.

garding claims exclusions see the

for availability and limitations of coverage.

PE

)

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

i0 May 2026
2 x 9 1/2

P

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Sep 04 2026
Mailed from ZIP 64079
PRIORITY MAIL
ZONE 3 FLAT-RATE ENV
10557398
Commercial

endicia

063S0010282490

Part# 156148-424 RRDW2 EXP 07/27

## USPS PRIORITY MAIL ®

Shipping Manager
Shipping Manager
1302 Platte Falls Rd
Platte City MO 64079

RECEIVED
SEP 10 2026
BY MAIL

SHIP TO: Honorable Zachary Bluestone
US District Court-Eagleton Courthou
11 South 10th St
Saint Louis MO 63102

USPS TRACKING #

9405 5508 9956 2046 5697 00

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.