DRAFT

# Federal Bureau of Investigation

## St. Louis Division

File Number: 318B-SL-3765172

Requesting Official and Office: Special Agent Craig Schneider, St. Louis

Source Language: English

Target Language: English

Name of Source File (Document):

Name of Source File or CD (Audio): Track01

*If Applicable* - Call Number:
- Date, Time, Duration:

Participants:
Interviewee:
Interviewer:
Interviewer:
Participant: Siddarth Jawahar

| | | |
|---|---|---|
| Abbreviations: | Overlapping Voices | [OV] |
| | Inaudible | [IA] |

DRAFT

08/31/2026

**Session #**1-Start 15:59:05 End 16:51:05 / 4 minutes and 52 seconds

Automated voice: Hello, you have a prepaid card call from [IA].

Jawahar: Good afternoon, how are you?

Automated voice: [OV] An inmate at the St. Genevieve

Jawahar: Hello?

Jeff Roe: Hey

Jawahar: Hey Jeff, how are you?

Jeff Roe: Good.

Jawahar: Um, you got a couple minutes?

Jeff Roe: Not much, but that's because I'm at an event. But, it's okay, go ahead.

Jawahar: Okay. No, I was going to ask you first thing was any, um, update or progress on the letter? I'm calling it the Senator letter, but a letter of support anything [UI] manage or [UI] can afford all that effort for all of this.

Jeff Roe: No, I, so, well, I have until, um, in the morning, right?

Jawahar: Yeah.

Jeff Roe: Yeah, I'm gonna get one.

Jawahar: Okay.

[OV]

Jeff Roe: Yeah, I'm, I'm going back and forth with a few.

Jawahar: Okay, and will it be a state senator you think or no?

Jeff Roe: Um, it'll be, I, um, maybe, but it's gonna be a, it's gonna be someone good.

Jawahar: Okay. Okay, that'll be helpful. Yeah, morning will be great. And then you, your, you and I are doing a call at 8:30, right? Tomorrow. You confirmed for that?

Jeff Roe: Yeah. Yeah.

Jawahar: Okay, and then Doug said, just to be super super cautious, he asked if you could wait until sentencing to publish the article. Which I told him would defy the purpose because part of it was to influence the judge and see that he gets the corroboration of our story, but he thinks there is enough corroboration as it is. Interviews with people and all kinds of stuff. And he doesn't want [IA]

[OV]

Jeff Roe: It ran

Jawahar: Prosecutor for any, he doesn't wanna give the prosecutor any reason for issues so it hasn't been, the go ahead hasn't gone in yet. That was his point, I told him I would check [UI] and see what I wa-, what we can do.

Jeff Roe: No, it, it, no I emailed your, or, I messaged your mom back. It ran.

Jawahar: Oh, it did?

Jeff Roe: [UI] yeah. Yeah, it was in Sunday's paper.

Jawahar: Okay. And did they get [IA]

[OV]

Jeff Roe: She has a copy of it, so.

# DRAFT

Jawahar: Did it, did they get the corrections in or no?

Jeff Roe: No, it, it hit, it, so we talked, I don't remember what time we talked on Friday, but…

Jawahar: Yeah

Jeff Roe: …Um, but it, they sent it to me like 2 hours later for Sun-, for the Sunday. So it ran…

Jawahar: Okay

Jeff Roe: …yesterday.

Jawahar: And the pictures and all that came in there too?

Jeff Roe: Yeah, they just used the 2 that they had, uh, um, [UI] they sent another picture but, it was already- already booked. So, I'm gonna take that and I'll put a little money around it and geofence his house and so he'll see it unless you don't want me to do that.

Jawahar: Okay. You, and do you think he'll see it?

Jeff Roe: Well, I know he'll see it if we wanna do that. And so I'll wait to do that until we talk tomorrow? But, you might wanna double check that because [IA]

[OV]

Jawahar: Yeah, get

Jeff Roe: he's not an idiot.

Jawahar: Ultimately [UI] its our deci- decision. His thought was that it might backfire cause it might look overly calculated, which of course it is. But, if it hasn't, if he happen to be, his view was to let's save that money and use it towards our rehabilitation argument because that's gonna be important too. And nonprofitable [IA]

[OV]

DRAFT

Jeff Roe: Yeah, it's not, but it's not very function money, and it's like a couple hundred bucks. So, it's not a big deal. So, it's just whether you wanna, yeah, no I can.

Jawahar: What's your thought? Is it….

[OV]

Jeff Roe: What you're wanting to do.

Jawahar: …is it worth, uh, I mean, is it could it backfire or no? I don't know.

Jeff Roe: Shit, I don't know either. But, I can't imagine good news backfires.

Jawahar: Yeah, I mean, he's gonna be reading about all of this so it's not impossible to…

Jeff Roe: Yeah

Jawahar: …to see it. I don't know how it can [IA]

[OV]

Jeff Roe: Right. I don't either.

Jawahar: Okay.

Jeff Roe: I can wait unless you wanna check, but I was, but I'll, but I was gonna do it like, you know, 2 or 3 days before the 15th and just…

Jawahar: Yeah

Jeff Roe: …let it run for a few days.

Jawahar: Got it. I will…

Jeff Roe: Yeah

Jawahar: …I will check and let you know, but the, would you [IA]

DRAFT

[OV]

Jeff Roe: Yeah, we got time.

Jawahar: Would it be possible to send the link, so it ran in the physical paper, right?

Jeff Roe: Yeah, you, uh, your mom has it.

Jawahar: Okay. Is it possible since she's been down with the flu, so I haven't really been able to talk to her a whole lot, is it possible to send it to one other person? He's gonna text you that way you don't have to take a number…

[OV]

Jeff Roe: Yeah

Jawahar: …or anything. It's like, cause…

Jeff Roe: Yeah

Jawahar: …college buddy of mine, helping me with a bunch of stuff. He's a big Hedge Fund guy in Dallas, but, um, I'm just having to [IA]

[OV]

Jeff Roe: Yeah, I can send it to him.

Jawahar: Okay

Jeff Roe: Yeah

Jawahar: Cool

Jeff Roe: Yeah

Jawahar: He'll message then in a little bit.

Jeff Roe: Yep.

DRAFT

Jawahar: We, we talk tomorrow morning.

Jeff Roe: Okay

Jawahar: Any, any other…

Jeff Roe: Alright

Jawahar …pieces you think we ought to do before sentencing now that we've only got this out or we can save the rest for the after sentencing narrative?

Jeff Roe: Yeah, I'd do the rest after.

Jawahar: Okay

Jeff Roe: I think one, one could have just happened. Two, it'd definitely, you know

Jawahar: Staged

Jeff Roe: Bum rushing him, yeah.

Jawahar: Okay. Alright, bud, I appreciate it. Let you get back to [UI], I'll talk to you tomorrow morning, 8:30.

Jeff Roe: Okay. See ya.

Jawahar: Okay. Thank you. Bye.

Jeff Roe: Bye

**End of Session #1**

**Conversations Conclude**

DRAFT