SANJEEV JAWAHAR

**Business Consultant**
Industry Expertise
Garments – Manufacturing, Exports
Real Estate, Social Projects

**Distinguished Rotarian**
*Best Rotarian in District*
*Recipient, 2024-25*
(RI District 3011)

Mob: +91 9810012310
E-mail: sanjeevjawahar@gmail.com

VALID OUT SIDE INDIA

NOTARY Reg. No. 337 BHIM SINGH INDORA DELHI GOVT. OF INDIA

Date: March 30, 2026

To,
Compliance Department
Foley & Lardner LLP

**Subject: Self-Certification of Funds – USD 150,000 (Approx. INR 1,24,50,000)**

Dear Sir/Madam,

I, Sanjeev Jawahar, hereby provide this self-certification in connection with ongoing Know Your Client (KYC) and Anti-Money Laundering (AML) compliance requirements.

I confirm that funds in the amount of **USD 150,000 (One Hundred Fifty Thousand United States Dollars)**, equivalent to approximately **INR 1,24,50,000 (Indian Rupees One Crore Twenty-Four Lakhs Fifty Thousand)** (subject to prevailing exchange rates), represent my own legitimate funds.

I further confirm and certify the following:

1. **Source of Funds**
   The above-mentioned funds are derived from my lawful personal and/or business income and assets. This includes proceeds from sale of assets, business income, and other personal gains on real estate holdings.
2. **Beneficial Ownership**
   I am the ultimate beneficial owner of these funds. No third party has any legal or beneficial interest in the funds being remitted or utilized.
3. **Purpose of Funds**
   The funds have been, and will continue to be, utilized for the payment of legal fees, retainers, and related billings issued by Foley & Lardner LLP in connection with legal representation and associated services.
4. **Compliance Assurance**
   I confirm that all payments made and to be made comply with applicable laws and regulations, including but not limited to AML and KYC requirements.

This certification is provided in good faith to support your internal compliance procedures and may be relied upon for regulatory and due diligence purposes.

Yours sincerely,

SJawahar

**Sanjeev Jawahar**

ATTESTED
BHIM SINGH INDORA
NOTARY GOVT. OF INDIA
28 APR 2026

ENTERED AT SL No. 2439 OF 20

UG-61, SOMDUTT CH-II
9 BHIKAJI CAMA PLACE
NEW DELHI-110066, INDIA
2016002