UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ZMB |
| | ) | |
| vs. | ) | Case No. 4:23CR718 |
| | ) | |
| SIDDHARTH JAWAHAR, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)**

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☒ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐ Defense counsel has explained to defendant his/her right to appeal, defendant has not requested that counsel file a Notice of Appeal, and defendant declines to sign this notice.

☐ Defense counsel has explained to defendant his/her right to appeal, defendant does not wish to file a Notice of Appeal, and defendant has signed below to so indicate.

**(<u>Note</u>: Defense counsel must check the appropriate box that applies above.)**

9/24/26
Date

AZ #017423
Signature of Attorney

Date

Signature of Defendant