US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** USA v. Jawahar

**USCA#:**

**Case Number:** 4:23-CR-00718-ZMB

**Plaintiff:** UNITED STATES OF AMERICA

**Defendant:** SIDDHARTH JAWAHAR

**Attorney:**

Derek J. Wiseman (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
Ph: 314-539-7616 Fax:
Email: derek.wiseman@usdoj.gov

Joshua Michael Jones (for pla)
111 S. Tenth St.
20th Floor
St. Louis, MO 63102
Ph: 314-539-2310 Fax:
Email: joshua.m.jones@usdoj.gov

Ricardo M. Dixon (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
Ph: 314-539-2200 Fax:
Email: ricardo.dixon@usdoj.gov

**Attorney:**

Siddarth Jawahar #80076
Ste. Genevive County Detention Center
5 Basler Drive
Ste. Genevieve, MO 63670
APPEAL FILED PRO SE

**Court Reporter(s):** Lynn Bartimus

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None paid | None | No |
| **Counsel:** | **Pending Motions:** | **Local Interest:** | **Simultaneous Release:** |
| Yes | Yes | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: Yes   Where: Ste. Genevieve County Detention Center

**Please list all other defendants in this case if there were multiple defendants:**